# United States Court of Appeals
### For the First Circuit

No. 20-2089

FRANCISCO ALMEIDA-LEÓN, WANDA CRUZ-QUILES, JUAN ALMEIDA-LEÓN, TENERIFE REAL ESTATE HOLDINGS, LLC,

Plaintiffs, Appellants,

v.

WM CAPITAL MANAGEMENT, INC.,

Defendant, Appellee.

No. 21-1806

TENERIFE REAL ESTATE HOLDINGS, LLC,

Plaintiff, Appellant,

v.

WM CAPITAL MANAGEMENT, INC.,

Defendant, Appellee.

No. 21-1807

FRANCISCO ALMEIDA-LEÓN, WANDA CRUZ-QUILES, JUAN ALMEIDA-LEÓN,

Plaintiffs, Appellants,

v.

WM CAPITAL MANAGEMENT, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 10, 2024, is amended as follows:

On page 12, line 6 replace "2023" with "2021."